UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 20-20146
Melissa Ann Coleman )
  )  Chapter: 13
  )  Honorable Carol A. Doyle
  )
  )
Debtor(s) )

**Order Confirming Plan**

    The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 7, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: December 22, 2020

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 20-20146-CAD

Melissa Ann Coleman  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cmendoza1     Page 1 of 3

Date Rcvd: Dec 23, 2020     Form ID: pdf003     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Ann Coleman, 2430 East 73rd Street, Chicago, IL 60649-3417 |
| 29114783 | + | America Web Loan, 3910 W. 6th Avenue, PO Box 277, Stillwater,OK 74076-0277 |
| 29114767 | + | Atlantic Capital BANK, Attn: Bankruptcy Dept., 945 E Paces Ferry Rd Ne, Atlanta,GA 30326-1362 |
| 29114780 | + | Bison Green, P.O. Box 191, Pine Ridge,SD 57770-0191 |
| 29114786 | + | Blue Trust Loans, P.O. Box 1754, Hayward,WI 54843-1754 |
| 29114794 | + | City of Chicago Bureau Parking, Bankruptcy Dept/City Clerk, 121 N. LaSalle St, Room 107, Chicago,IL 60602-1242 |
| 29133091 | + | City of Chicago Department of Finance, Chicago Dept. of Law Bankruptcy, 121 N Lasalle St. Suite 400, Chicago IL. 60602-1264 |
| 29114791 | | Cook County Hospital, Attn: Bankruptcy Department, 1838 W. Harrison, Chicago,IL 60612 |
| 29117348 | | Dash of Cash, P.O. Box 1329, Kahnawake, QC J0L1B0 |
| 29114773 | + | Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta,GA 30374-0241 |
| 29114772 | + | Experian, Attn: Bankruptcy Dept., PO Box 2002, Allen,TX 75013-2002 |
| 29114753 | + | First Premier BANK, Attn: Bankruptcy Dept., 601 S Minnesota Ave, Sioux Falls,SD 57104-4868 |
| 29114777 | + | Good Loans Fast, PO Box 212, Batesland,SD 57716-0212 |
| 29114779 | + | Helixfi Loans, 1801 Main St, Kansas City,MO 64108-2352 |
| 29114793 | + | ICS/Illinois Collection Serv., Bankruptcy Dept., 8231 W. 185th Street, Tinley Park,IL 60487-9356 |
| 29114770 | + | ILLINOIS CORPORATION SERVICE C, Registered Agent for, GM Financial, 801 ADLAI STEVENSON DRIVE, Springfield,IL 62703-4261 |
| 29114752 | | Kohls/Capone, Attn: Bankruptcy Dept., N56 Ridgewood Dr, Menomonee Fal,WI 53051 |
| 29114768 | | LEAD BANK, Attn: Bankruptcy Dept., D And 3Rd Streets, Garden City,MO 64747 |
| 29114778 | + | Lendumo, PO BOX 542, Lac Du Flambeau,WI 54538-0542 |
| 29114774 | + | Little Lake, 2770 Mission Rancheria Rd #393,, Lakeport,CA 95453-9612 |
| 29114775 | + | Loans not Sharks, 6128 W Fairview Ave, Suite 1-B, Boise,ID 83704-5091 |
| 29114785 | + | Makwa Finanicial, PO BOX 343, Lac Du Flambeau,WI 54538-0343 |
| 29114784 | | Mountain Summit Financial, 635 East Hwy 20, F, Upper Lake,CA 95485 |
| 29114790 | + | Provident Hospital of Cook Co., Bankruptcy Department, 500 E. 51st St., Chicago,IL 60615-2494 |
| 29114782 | + | Sierra Financial, P.O. Box 647, Santa Ysabel,CA 92070-0647 |
| 29114781 | + | Target Cash now, PO Box 581, Hays,MT 59527-0581 |
| 29114771 | + | Transunion, Attn: Bankruptcy Dept., PO Box 1000, Chester,PA 19016-1000 |
| 29114787 | + | USA Web Cash, Genesis Financial, 3175 Commercial Avenue, Suite 201, Northbrook,IL 60062-1924 |
| 29114788 | + | West Side Lending, PO Box 687, Keshena,WI 54135-0687 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29127966 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2020 01:25:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 29114776 | + | Email/Text: customerservice@brightlending.com | Dec 24 2020 01:28:00 | Bright Lending, PO Box 578,, Hays,MT 59527-0578 |
| 29114756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2020 01:25:00 | COMENITY BANK/Avenue, Attn: Bankruptcy Dept., Po Box 182789, Columbus,OH 43218-2789 |
| 29114755 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2020 01:25:00 | COMENITY BANK/Torrid, Attn: Bankruptcy Dept., Po Box 182789, Columbus,OH 43218-2789 |

Case 20-20146   Doc 23   Filed 12/25/20   Entered 12/25/20 23:16:07   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0752-1 | User: cmendoza1 | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: pdf003 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 29130145 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 24 2020 00:49:46 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29114757 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 24 2020 00:49:13 | Credit ONE BANK NA, Attn: Bankruptcy Dept., Po Box 98875, Las Vegas,NV 89193-8875 |
| 29114758 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 24 2020 01:26:00 | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |
| 29114795 | + | Email/Text: bankruptcy@speedyservicing.com | Dec 24 2020 01:27:00 | Dash of Cash, 40 E Main Street, Ste 508D, Newark,DE 19711-4639 |
| 29114769 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2020 01:25:00 | GM Financial, C/O GM Financial, Po Box 181145, Arlington,TX 76096-1145 |
| 29114789 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 24 2020 00:49:11 | Chase Bank, Bankruptcy Department, PO Box 15298, Wilmington,DE 19850 |
| 29138941 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 24 2020 01:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 29114754 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2020 00:49:18 | Synchrony BANK, C/O Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk,VA 23502-4952 |
| 29115512 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 24 2020 00:54:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29114792 | + | Email/Text: SRCO-Bankruptcy@advocatehealth.com | Dec 24 2020 01:27:00 | Trinity Hospital, Bankruptcy Department, 2320 East 93rd St., Chicago,IL 60617-3909 |
| 29126971 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 24 2020 01:26:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29145555 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 29133092 | *+ | City of Chicago Department of Finance, Chicago Dept. of Law Bankruptcy, 121 N Lasalle St. Suite 400, Chicago IL. 60602-1264 |
| 29114759 | *+ | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |
| 29114760 | *+ | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |
| 29114761 | *+ | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |
| 29114762 | *+ | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |
| 29114763 | *+ | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |
| 29114764 | *+ | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |
| 29114765 | *+ | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |
| 29114766 | *+ | DEPT OF EDUCATION/NELN, Attn: Bankruptcy Dept., 121 S 13Th St, Lincoln,NE 68508-1904 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0752-1 | User: cmendoza1 | Page 3 of 3 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf003 | Total Noticed: 44 |

Date: Dec 25, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph M D'Onofrio | on behalf of Debtor 1 Melissa Ann Coleman ndil@geracilaw.com |
| Kyle T Dallmann | on behalf of Debtor 1 Melissa Ann Coleman ndil@geracilaw.com |
| M.O. Marshall | ecf@55chapter13.com ecfchi@gmail.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4